UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICOLE CREEGAN, CALVIN PETERS,
                      Plaintiffs,

              -v-

BMW FINANCIAL SERVICES NA LLC, ET AL.,
                      Defendants.

21-CV-4906 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The Court has been informed that Plaintiffs and Defendant Equifax Information Services LLC have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is DISMISSED as to Equifax Information Services LLC without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days.

    All filing deadlines and conference dates as to Equifax only are adjourned *sine die*.

    SO ORDERED.

Dated: December 13, 2021
       New York, New York

                                             J. PAUL OETKEN
                                           United States District Judge