UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICOLE CREEGAN and CALVIN PETERS,

                Plaintiffs,

-v-

BMW FINANCIAL SERVICES NA LLC, *et al.*

                Defendants.

21-CV-4906 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The Court has been informed that Plaintiffs and Defendant Experian Information Solutions Inc ("Experian") have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is DISMISSED as to Experian without costs and without prejudice to restoring the action as to Experian to the Court's calendar, provided the application to restore the action is made within forty-five days.

    All filing deadlines and conference dates as to Experian are adjourned *sine die*.

    SO ORDERED.

Dated: January 26, 2022
       New York, New York

_____
J. PAUL OETKEN
United States District Judge